TIMOTHY E. CARY, SBN 093608
CaryT@Stutmanlaw.com
KEVIN P. SMITH (*Admitted pro hac vice*)
SmithK@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 306
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for Plaintiff CSAA
INSURANCE EXCHANGE AS
SUBROGEE OF BART DAN DIEGO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE AS SUBROGEE OF BART SAN DIEGO<br><br>Plaintiff,<br><br>vs.<br><br>BRASSCRAFT MANUFACTURING COMPANY, MASCO CORPORATION and DOES 1-25, inclusive,<br><br>Defendant. | CASE NO. 19-cv-07709-EMC<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Judge: Hon. Edward M. Chen |

Plaintiff CSAA Insurance Exchange as Subrogee of Bart San Diego, together with Defendants BrassCraft Manufacturing Company and Masco Corporation, being all parties to the above captioned action, hereby stipulate to the dismissal of the action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

---

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

DATED: November 23, 2020    LAW OFFICES OF ROBERT A. STUTMAN, P.C.

By: _____*/s/ Timothy E. Cary*_____
    Timothy E. Cary
    Kevin P. Smith
    Attorneys for Plaintiff CSAA Insurance
    Exchange as Subrogee of Bart San Diego

DATED: November 23, 2020    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*/s/ Michelle R. Gilboe*_____
    Amy L. Frerich
    Ryan L. Nilsen
    Michelle R. Gilboe (admitted pro hac)
    Attorneys for Defendants BrassCraft
    Manufacturing Company and Masco
    Corporation



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA